**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------X

| | |
|---|---|
| In re: | Case No. 25-22056-SHL |
| 1060 NEPPERHAN AVE LLC et al.,[1] | Chapter 11<br>(Jointly Administered) |
| Debtors. | |

---------------------------------------------------------------X

| | |
|---|---|
| 1060 NEPPERHAN AVE LLC and KCT, INC., | |
| Plaintiffs, | Adv. P. No. 25-07012-SHL |
| -against- | |
| PARKVIEW FINANCIAL REIT, LP, PARKVIEW FINANCIAL 2020, LP, and ROCKWELL ONE HOLDINGS, LLC, | |
| Defendants. | |

---------------------------------------------------------------X

**STIPULATION AND CONSENT ORDER EXTENDING TIME FOR ROCKWELL ONE HOLDINGS, LLC TO RESPOND TO COMPLAINT**

**WHEREAS**, on June 9, 2025 the plaintiffs, 1060 Nepperhan Ave LLC and KCT, Inc. (the "Plaintiffs") filed a complaint against Parkview Financial Reit, LP, Parkview Financial 2020, LP, and Rockwell One Holdings, LLC (the "Defendants"); and

**WHEREAS**, on June 10, 2025, Plaintiffs filed an amended complaint (the "Complaint") against the Defendants; and

**WHEREAS**, the United States Bankruptcy Court for the Southern District of New York (the "Court") issued a summons on June 17, 2025, setting a deadline for the Defendants to answer, move, or otherwise respond to the Complaint of July 17, 2025; and

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: 1060 Nepperhan Ave LLC (3334); and KCT, Inc (6328).

**WHEREAS,** onJuly 30, 2025, the Court granted the parties' proposed stipulation and consent order extending time for Rockwell One Holdings, LLC ("Rockwell") to answer, move, or otherwise respond to the Complaint until August 18, 2025;

**WHEREAS**, on August 25, 2025, the Court granted the parties' second proposed stipulation and consent order extending time for Rockwell to answer, move, or otherwise respond to the Complaint until September 18, 2025;

**WHEREAS**, on October 6, 2025,the Court granted the parties' third proposed stipulation and consent order extending time for Rockwell to answer, move, or otherwise respond to the Complaint until October 20, 2025;

**WHEREAS**, on October 17, 2025, the Court granted the parties' fourth proposed stipulation and consent order extending time for Rockwell to answer, move, or otherwise respond to the Complaint until November 20, 2025;

**WHEREAS**, on November 12, 2025,the Court granted the parties' fifth proposed stipulation and consent order extending time for Rockwell to answer, move, or otherwise respond to the Complaint until December 22, 2025;

**WHEREAS**, on December 15, 2025,the Court granted the parties' sixth proposed stipulation and consent order extending time for Rockwell to answer, move, or otherwise respond to the Complaint until January 23, 2026;

**WHEREAS**, On January 27, 2026,the Court granted the parties' seventh proposed stipulation and consent order extending time for Rockwell to answer, move, or otherwise respond to the Complaint until February 27, 2026;

**WHEREAS**, On February 27, 2026,the Court granted the parties' eighth proposed stipulation and consent order extending time for Rockwell to answer, move, or otherwise respond to the Complaint until March 27, 2026;

**WHEREAS**, On March 27, 2026,the Court granted the parties' ninth proposed stipulation and consent order extending time for Rockwell to answer, move, or otherwise respond to the Complaint until April 30, 2026;

**WHEREAS**, On April 30, 2026,the Court granted the parties' tenth proposed stipulation and consent order extending time for Rockwell to answer, move, or otherwise respond to the Complaint until May 29, 2026;

**WHEREAS**, On June 16, 2026,the Court granted the parties' eleventh proposed stipulation and consent order extending time for Rockwell to answer, move, or otherwise respond to the Complaint until June 30, 2026;

**WHEREAS**, Rockwell and the Plaintiffs have conferred and agreed upon an additional extension of time for Rockwell to answer, move, or otherwise respond to the Complaint;

**NOW THEREFORE**, based on the foregoing, Rockwell and the Plaintiffs, by their undersigned counsel, hereby stipulate and agree as follows:

1. The time by which Rockwell may move, answer, or otherwise respond to the Complaint is extended up to and including July 31, 2026.
2. The Rockwell Defendant waives defenses related to the service of Plaintiffs' Complaint but otherwise preserves all other defenses.

Dated: June 25, 2026
Wilmington, Delaware

*/s/ Jonathan C. Millis*

**ESBROOK P.C.**
Jonathan C. millis
800 N. King Street, Suite 301
Wilmington, DE 19801
Phone: (302) 650-7540
Email: jonathan.millis@esbrook.com

*Counsel to Defendant Rockwell One Holdings, LLC*

Dated: June 25, 2026
New York, New York

*/s/ Robert M. Sasloff*

**JACOBS P.C.**
Robert M. Sasloff
717 Fifth Avenue, 26th Floor
New York, NY 10022
Phone: (212) 229-0476
Email: robert@jacobspc.com

*Counsel to Plaintiffs 1060 Nepperhan Ave LLC and KCT, Inc.*

**SO ORDERED.**

**Date: July 15, 2026**
**White Plains, New York**

***/s/ Sean H. Lane***
**United States Bankruptcy Judge**