UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>1060 NEPPERHAN AVE LLC, et al.[1],<br><br>Debtors. | Case No. 25-22056 (SHL)<br><br>Chapter 11<br><br>(Jointly Administered) |
| 1060 NEPPERHAN AVE LLC and KCT, INC.,<br><br>Plaintiffs,<br><br>-against<br><br>PARKVIEW FINANCIAL REIT, LP,<br>PARKVIEW FINANCIAL 2020, LP, and<br>ROCKWELL ONE HOLDINGS, LLC,<br><br>Defendants. | Adv. No. 25-07012 (SHL) |

# JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiffs 1060 Nepperhan Ave LLC and KCT, Inc. (collectively, the "**Plaintiffs/Debtors**") and defendants Parkview Financial Reit LP and Parkview Financial 2020, LP (collectively "**Parkview**"), and Rockwell One Holdings, LLC ("**Rockwell**," and together with Parkview, the "**Defendants**"), by and through their undersigned counsel, hereby stipulate in compliance with Section 8.5 of the confirmed *Joint Plan of Reorganization of 1060 Nepperhan Ave, LLC and KCT, Inc. Proposed By the Debtors* [**ECF No. 168]** (the "**Plan**"), and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, incorporated herein by Rule 7041 of the Federal Rules of Bankruptcy Procedure, that the above captioned adversary proceeding, including any and all counterclaims or cross-claims, is hereby dismissed with prejudice as to Defendants. Each party is to bear its own costs.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: 1060 Nepperhan Ave LLC (3334); and KCT, Inc (6328).

Dated: New York, NY
September 18, 2026

**JACOBS P.C.**

By: */s/ Aaron Slavutin*
Aaron Slavutin
717 Fifth Avenue, 26th Floor
New York, NY 10022
Tel.: (212) 229-0476
Email: Aaron@jacobspc.com

*Counsel for the Debtors*

Dated: New York, NY
September 18, 2026

**WHITE AND WILLIAMS LLP**

By: */s/ Heidi J. Sorvino*
Heidi J. Sorvino
James C. Vandermark
810 Seventh Avenue, Ste. 500
New York, New York 10019
Tel.: (212) 244-9500
E-mails:
sorvinoh@whiteandwilliams.com
vandermarkj@whiteandwilliams.com

*Attorneys for Defendants Parkview Financial Reit LP, Parkview Financial 2020, LP*

Dated: Wilmington, DE
September 18, 2026

**ESBROOK P.C.**

By: */s/ Jonathan C. Millis*
Jonathan C. Millis
800 N. King Street, Suite 301
Wilmington, DE 19801
Tel.: (302) 650-7540
Email: jonathan.millis@esbrook.com

*Attorneys for Defendant Rockwell One Holdings, LL*